**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

ANGEL NICOLE OOTEN,

        Plaintiff,

v.                                     CIVIL ACTION NO.  2:25-cv-00583

FRANK BISIGNANO
Commissioner of Social Security,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to United States Magistrate Judge Omar Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On June 23, 2026, Magistrate Judge Aboulhosn submitted his Proposed Findings & Recommendations [ECF No. 11] ("PF&R") and recommended that the court grant Plaintiff's motion to the extent that it requests remand of the Commissioner's decision, deny the Commissioner's request to affirm the decision, reverse the decision of the Commissioner, remand pursuant to sentence four of 42 U.S.C. § 405(g), and dismiss this case and remove it from the docket. [ECF No. 11, at 1–2]. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard,

the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. Accordingly, the court orders as follows: to the extent that it requests remand of the Commissioner's decision, Plaintiff's motion, [ECF No. 7], is **GRANTED**; the Commissioner's request to affirm the decision, [ECF No. 8], is **DENIED**; the decision of the Commissioner is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g); and this case is **DISMISSED** and shall be removed from the docket of the Court.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER: July 13, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE